**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

| | | |
|---|---|---|
| Elisabeth A. Shumaker<br>Clerk of Court | August 17, 2018 | Chris Wolpert<br>Chief Deputy Clerk |

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

Mr. Nikolai N. Frant
Colorado Department of Law
Consumer Protection Section, Consumer Credit Unit
1300 Broadway, 6th Floor
Denver, CO 80203

Mr. Craig Ruvel May
Wheeler Trigg O'Donnell
370 Seventeenth Street, Suite 4500
Denver, CO 80202

Mr. Bryan McArdle
Mr. Edmund Polubinski III
Davis, Polk & Wardwell
450 Lexington Avenue
New York, NY 10017-0000

Mr. Geoffrey N. Blue
Klenda Gessler and Blue
1624 Market Street, Suite 202
Denver, CO 80202

**RE:**     **18-1171, Cross River Bank v. Zavislan**
            Dist/Ag docket: 1:17-CV-00832-PAB-KMT

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/lab